IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHNETTE C. LEWIS,<br><br>    Plaintiff,<br><br>vs.<br><br>BP GAS STATION, BUCKY'S EXPRESS, BUCKS, INC., AND DOES 1-5,<br><br>    Defendants. | 8:15CV439<br><br>ORDER |

Parties have filed a joint motion to extend certain deadlines in this case. (Filing No. 23).

IT IS ORDERED that the progression order is amended as follows:

1) The non-jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on April 24, 2017, or as soon thereafter as the case may be called, for a duration of one (1) trial day. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on April 11, 2017 at **1:00 p.m.**, and will be conducted by WebEx conferencing. A separate order will be filed with the instructions and codes for participating in the pretrial conference by WebEx. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on April 7, 2017.

3) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is January 30, 2017. Motions to compel Rule 33 through 36 discovery must be filed by January 23, 2017 **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4)   The deposition deadline is March 1, 2017.

5)   The deadline for filing motions to dismiss and motions for summary judgment is December 29, 2016.

6)   The deadline for filing motions to exclude testimony on *Daubert* and related grounds is December 29, 2016.

7)   The parties shall comply with all other deadlines that are not inconsistent with this order.

Dated this 29th day of September, 2016

                                            BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge