IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHNETTE C. LEWIS, | | |
| Plaintiff, | | **8:15CV439** |
| vs. | | |
| BP GAS STATION,  BUCKY'S EXPRESS,  BUCKS, INC., AND  DOES 1-5, | | **ORDER** |
| Defendants. | | |

The parties' motion, (filing no. 28), is granted in part, and,

IT IS ORDERED that the final progression order is amended as follows:

1)  The non-jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on June 26, 2017, or as soon thereafter as the case may be called, for a duration of one (1) trial day. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

2)  The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on June 13, 2017 at 9:00 a.m., and will be conducted by internet/telephonic conferencing.   Counsel shall use the conferencing instructions assigned to this case to participate in the conference The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on June 12, 2017.

3)  The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is March 1, 2017. Motions to compel Rule 33 through 36 discovery must be filed by March 8, 2017
**Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4)      The deposition deadline is May 1, 2017.

5)      The deadline for filing motions to dismiss and motions for summary judgment is March 14, 2017.[1]

6)      The deadline for filing motions to exclude testimony on *Daubert* and related grounds is March 14, 2017.

**7)      No further extensions will be granted absent a substantial showing of good cause.**

January 12, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.