IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHNETTE C. LEWIS, | |
| Plaintiff, | 8:15-CV-439 |
| vs. | |
| BP GAS STATION, et al., | JUDGMENT |
| Defendants. | |

Pursuant to the parties' Joint Stipulation of Dismissal (filing 30), this matter is dismissed with prejudice, each party to bear their own attorney fees and costs.

Dated this 8th day of March, 2017.

BY THE COURT:

*signature*

John M. Gerrard
United States District Judge